# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-11367-LTS |
| AUKING DIRECT d/b/a Amazon Marketplace Seller ID ATVPDKIKX0DER, | ) |
| Defendant. | ) |

## JUDGMENT

This action having been commenced by the filing of the Complaint on June 20, 2023 and a copy of the Summons and Complaint having been properly served on the defendant AuKing Direct d/b/a Amazon Marketplace Seller ID ATVPDKIKX0DER ("Defendant") on July 25, 2023, and Defendant not having answered the Complaint and the time for answering having expired, and the Clerk of the Court properly entering a Default on September 11, 2023, it is

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff Epson America, Inc. ("Epson) have judgment against Defendant in the amount of $529,379.74 for actual damages pursuant to 15 U.S.C. § 1117.

**ORDERED, ADJUDGED AND DECREED:** That Defendant has violated 15 U.S.C. § 1125(a) by unfairly competing against Epson by using false, deceptive, or misleading statements of fact that misrepresent the nature, quality, and characteristics of Defendant's projector products;

**ORDERED, ADJUDGED AND DECREED:** That Defendant, its officers, agents, servants, employees, and any persons or entities acting in concert or participation with it,

316712839.4

including, but not limited to, Amazon.com, ww.aukingdirect.com, or any other website, website host, website, administrator, domain registrar, or internet service provider, hosting or enabling Defendant, are hereby **ENJOINED** from:

    a. Engaging in any false or misleading advertising with respect to Defendant's projector products, from online commerce sites, such as, but not limited to, Amazon.com, www.aukingdirect.com, as well as retail stores;

    b. Engaging in any activity constituting unfair competition with Epson;

    c. Inducing, assisting, or abetting any other person or entity in engaging in or performing any of the business activities described in the paragraphs above;

**ORDERED, ADJUDGED AND DECREED:** That Defendant correct any erroneous impression consumers may have derived concerning the nature, characteristics, or qualities of Defendant's projectors, including without limitation, the placement of corrective advertising and providing written notice to the public and its prior customers.

**ORDERED, ADJUDGED AND DECREED:** That until such time when Defendant corrects its advertisements, all projector products must be removed from online commerce sites, such as, but not limited to, Amazon.com and www.aukingdirect.com.

Dated: 1/3/2024

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

316712839.4